

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2016

No. 04-16-00480-CV

Phyllis **BOWSER**,
Appellant

v.

Ronald **WREN**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2014CV02075
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellant's brief was due on September 14, 2016. *See* TEX. R. APP. P. 38.6(a). Two days before the brief was due, pro se appellant Phyllis Bowser filed a motion for extension of time to file her brief. She stated she needed more time to find an attorney to represent her on appeal. We granted Appellant's first motion for extension of time to file the brief until October 14, 2016.

On that date, Appellant filed a pro se motion asking for the case to be transferred to a lower county court or for this court to dismiss her appeal—whichever is the appropriate action. She also stated she has been unable to retain an attorney for her appeal, but she "needs to be able to represent herself Pro Se."

We may construe Appellant's filing as a motion to dismiss this appeal. *See id.* R. 42.1(a)(1). If Appellant wishes to represent herself in this appeal—which she may—we ORDER Appellant to advise this court accordingly in writing within TEN DAYS of the date of this order and file a motion for extension of time to file her brief.

Unless Appellant affirmatively responds in writing as ordered, **we will dismiss this appeal without further notice**. *See id.*; *id.* R. 42.3(b), (c); *In re J.R.*, No. 04-08-00494-CV, 2009 WL 97632, at *1 (Tex. App.—San Antonio Jan. 14, 2009, no pet.) (mem. op.) (per curiam).

_____

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2016.

_____

Keith E. Hottle
Clerk of Court